UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA LENDOS,

                Plaintiff,

    - against -

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.

22-cv-2295 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by April 29, 2022.

SO ORDERED.

Dated:    New York, New York
           April 13, 2022

                                         _____
                                              John G. Koeltl
                                        United States District Judge