UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------

DORA LENDOS,

               Plaintiff,          22-cv-2295 (JGK)

    - against -             ORDER

NATIONAL RAILROAD PASSENGER CORP.,

               Defendant.
--------------------------------

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 2, 2022 at 12:00 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
           May 25, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                               United States District Judge